B 6B  (Official Form 6B) (12/2007)

In re  NICHOLAS G BARTH and MEREDITH C BARTH,_____          Case No.   13-43411_____
                    **Debtor**                                                      **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH | J | $100.00 |
| | | LEVIED BANK ACCOUNT | J | $300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SAVINGS AND CHECKING AT ST CLOUD FEDERAL CU ACCT#8810 BAL 7/8/2013 | J | $88.01 |
| | | SAVINGS AT ING DIRECT ACCT#1195 BAL 7/8/2013 | W | $0.99 |
| | | Liberty Savings Bank Account #5749 BAL 6/13/2013 | J | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | DAMAGE DEPOSIT | J | $1,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOME: FURNITURE, APPLIANCES, RADIO, TV, DVD PLAYER, LINENS, CHINA, CROCKERY, KITCHENWEAR, PERSONAL GOODS OF CHILDREN, 2012 MACBOOK COMPUTER, LAWN MOWER | J | $3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS ON CD | J | $40.00 |
| 6. Wearing apparel. | | CLOTHING | J | $350.00 |
| 7. Furs and jewelry. | | .25 CARAT DIAMOND EARRINGS, AND WEDDING RING | W | $700.00 |

B 6B  (Official Form 6B) (12/2007)

In re **NICHOLAS G BARTH and MEREDITH C BARTH,_____**                    Case No.    **13-43411** _____

**Debtor**                                                                                         **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | WEDDING RING | H | $300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | REMINGTON 870 EXPRESS, BROWNING BPR 30.06, RUGER .22 CAL, SPRINGFIELD XD9, DUCK DECOYS, BLINDS AND AMMO | H | $700.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM LIFE | J | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | CRU WINE SPECIALISTS, INC. 37.3% OWNER NEGATIVE EQUITY | H | $0.00 |
| | | VINO REGALE, LLC 30% OWNER EQUITY AS OF MARCH 2013 | H | $86.84 |
| | | PIONEER GROUP, LLC 13% OWNER, EQUITY AS OF MAY 22, 2013 | H | $3,632.53 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re <u>NICHOLAS G BARTH and MEREDITH C BARTH,</u>_____     Case No. ___<u>13-43411</u>_____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2013 TAX REFUND | J | $4,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 PONTIAC GRAND PRIX 130K MILES HAS BODY DAMAGE AND NEEDS MECHANICAL REPAIRS | W | $3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **NICHOLAS G BARTH and MEREDITH C BARTH,**_____          Case No.     **13-43411**_____

                       Debtor                                                          **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | POTENTIAL PERSONAL INJURY SETTLEMENT | W | $22,975.00 |
| | | TOOLS | J | $100.00 |
| | | 2010 KODAK EASY SHARE  M532 | J | $40.00 |
| | | 2008 MACBOOK COMPUTER | J | $200.00 |

                    _3_ continuation sheets attached      Total ▶

                        (Include amounts from any continuation                           $41,413.37

                            sheets attached. Report total also on

                               Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **NICHOLAS G BARTH and MEREDITH C BARTH,**                                    Case No. __13-43411__
                                                                   
_____Debtor_____                                                       (If known)

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                         $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH | 11 USC § 522(d)(5) | $100.00 | $100.00 |
| SAVINGS AND CHECKING AT ST CLOUD FEDERAL CU ACCT#8810 BAL 7/8/2013 | 11 USC § 522(d)(5) | $88.01 | $88.01 |
| SAVINGS AT ING DIRECT ACCT#1195 BAL 7/8/2013 | 11 USC § 522(d)(5) | $0.99 | $0.99 |
| DAMAGE DEPOSIT | 11 USC § 522(d)(5) | $1,200.00 | $1,200.00 |
| HOME: FURNITURE, APPLIANCES, RADIO, TV, DVD PLAYER, LINENS, CHINA, CROCKERY, KITCHENWEAR, PERSONAL GOODS OF CHILDREN, 2012 MACBOOK COMPUTER, LAWN MOWER | 11 USC § 522(d)(3) | $3,000.00 | $3,000.00 |
| BOOKS ON CD | 11 USC § 522(d)(5) | $40.00 | $40.00 |
| CLOTHING | 11 USC § 522(d)(3) | $350.00 | $350.00 |
| REMINGTON 870 EXPRESS, BROWNING BPR 30.06, RUGER .22 CAL, SPRINGFIELD XD9, DUCK DECOYS, BLINDS AND AMMO | 11 USC § 522(d)(5) | $700.00 | $700.00 |
| .25 CARAT DIAMOND EARRINGS, AND WEDDING RING | 11 USC § 522(d)(4) | $700.00 | $700.00 |
| WEDDING RING | 11 USC § 522(d)(4) | $300.00 | $300.00 |
| POTENTIAL PERSONAL INJURY SETTLEMENT | 11 USC § 522(d)(11)(D) | $22,975.00 | $22,975.00 |
| TOOLS | 11 USC § 522(d)(5) | $100.00 | $100.00 |
| 2010 KODAK EASY SHARE  M532 | 11 USC § 522(d)(5) | $40.00 | $40.00 |
| 2004 PONTIAC GRAND PRIX 130K MILES HAS BODY DAMAGE AND NEEDS MECHANICAL REPAIRS | 11 USC § 522(d)(2) | $3,000.00 | $3,000.00 |
| 2008 MACBOOK COMPUTER | 11 USC § 522(d)(5) | $200.00 | $200.00 |

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6C (Official Form 6C) (04/13)

**In re** NICHOLAS G BARTH and MEREDITH C
BARTH,                                    Case No.   13-43411
_____
Debtor                                        (If known)

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| LEVIED BANK ACCOUNT | 11 USC § 522(d)(5) | $300.00 | $300.00 |
|---|---|---|---|
| VINO REGALE, LLC 30% OWNER EQUITY AS OF MARCH 2013 | 11 USC § 522(d)(5) | $86.84 | $86.84 |
| PIONEER GROUP, LLC 13% OWNER, EQUITY AS OF MAY 22, 2013 | 11 USC § 522(d)(5) | $3,632.53 | $3,632.53 |
| Liberty Savings Bank Account #5749 BAL 6/13/2013 | 11 USC § 522(d)(5) | $100.00 | $100.00 |
| 2013 TAX REFUND | 11 USC § 522(d)(5) | $4,500.00 | $4,500.00 |

UNSWORN CERTIFICATE OF SERVICE

I, Dana E. Thomsen, declare under penalty of perjury that on December ___9___, 2014, I mailed copies of the foregoing Amended Schedule(s) B and C in Re Nicholas And Meredith Barth Bky. No. 13-43411 first class mail postage prepaid to each entity named below at the address stated below for each entity:

Interested Parties on Attached Service List

Executed on: _12-9-14_                    Signed: _____

Dana E. Thomsen
KALENDA LAW OFFICE
919 West St. Germain, Suite 2000
St. Cloud, MN 56301

NICHOLAS G BARTH
1830 CLEARWATER RD
ST CLOUD MN 56301

MEREDITH C BARTH
1830 CLEARWATER RD
ST CLOUD MN 56301

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998

CITICARDS
701 E 60TH ST N
SIOUX FALLS SD 57104

FIA CARD SERVICES
PO BOX 982237
EL PASO TX 79998-2237

FIRSTMARK
PO BOX 82522
LINCOLN NE 68501-2522

MESSERLI & KRAMER
3033 CAMPUS DR STE 250
PLYMOUTH MN 55441

MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO CA 92123

NELNET
3015 SOUTH PARKER RD STE 400
AURORA CO 80014-2904

SALLIE MAE
PO BOX 9500
WILKES BARRE PA 18773-9500

SLS
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH CO 80129

ST CLOUD FEDERAL CREDIT UNION
3030 1ST ST S
ST CLOUD MN 56301

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**NICHOLAS G BARTH and MEREDITH C
BARTH**

**SIGNATURE DECLARATION**

Debtor(s).

Case No. _____

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
**X** AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 12/2/14

X _____

Signature of Debtor or Authorized Representative

X _____

Signature of Joint Debtor

**NICHOLAS G BARTH**

Printed Name of Debtor or Authorized Representative

**MEREDITH C BARTH**

Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)